AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC 09 2015

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VILLARREAL, Selena | ) | Case No. B15-1147-MJ |
| ROSALES, Connie Marie | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12-8-2015__ in the county of __Willacy__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C 841 (a) (1) & 846 | Possession with Intent to distribute approximately 8.16 kilograms of heroin a schedule 1 controlled substance; andc conspriacy to distriubte approximatley 8.16 kgs of heroin. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

*Complainant's signature*

Robert J Arona, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/09/2015

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya III, United States Magistrate Judge
*Printed name and title*

B-15-1147-MJ

ATTACHMENT A
(AFFIDAVIT)

On December 8, 2015, at approximately 12:25 p.m. Texas Department of Public Safety (DPS) Trooper Randall Salinas conducted a traffic stop of a white 4 door Chevrolet Cobalt in Raymondville, Texas. During the traffic stop, Trooper Salinas made contact with Selena VILLARREAL, who was the driver of the aforementioned vehicle. Additionally, Trooper Salinas identified Connie ROSALES as a passenger in the vehicle, along with VILLARREAL' two minor children.  Trooper Salinas stated VILLARREAL exhibited extremely nervous behavior and implausible travel plans.  As a result, Trooper Salinas asked VILLARREAL consent to search the aforementioned vehicle, at which time VILLARREAL consented to the search. Trooper Salinas located in the bumper of the vehicle a bag which contained approximately 6 bricks. A field test of the bricks tested positive for the presence of heroin, for a net weight of approximately 8.16 kilograms. VILLARREAL and ROSALES were then transported to a DPS facility located in Raymondville, Texas, for further investigation. DEA and DPS Agents read VIILLARREAL and ROSALES their Miranda Rights, at which time VILLARREAL and ROSALES agreed to speak with Agents without the presence of an attorney. Under Rights and Advisement, VILLARREAL stated she was smuggling a load of illegal narcotics to Houston, Texas. VILLARREAL stated she was going to get paid approximately two thousand dollars United States Currency (USC) to smuggle the illegal narcotics. According to VILLARREAL, ROSALES connected her to a member of the Gulf Cartel, who was looking for individuals to smuggle illegal narcotics into the United States.  VILLARREAL stated she drove the aforementioned vehicle containing the illegal narcotics and ROSLAES communicated with the recipients of the illegal narcotics who were in Houston, Texas. VILLARREAL told Agents she smuggled a load of illegal narcotics in the same vehicle to Houston, Texas, with ROSLAES approximately one week prior and she (VILLARREAL) and ROSALES received monetary compensation.  Additionally, VILLARREAL stated ROSALES was being compensated by drug traffickers each time she (VILLARREAL) smuggled illegal narcotics as a finder's fee for recruiting her (VILLARREAL).  Under Rights and Advisement, ROSALES stated she (ROSALES) knew the vehicle contained illegal narcotics and went with VILLARREAL to make the trip less suspicious to law enforcement authorities, than if VILLARREAL traveled alone. ROSALES stated she was going to get paid a sum of USC for making the trip to Houston, Texas. According to ROSALES, she was paid one thousand dollars USC for going with VILLARREAL the week prior to deliver the illegal narcotics to Houston, Texas. Prior to transporting VILLARREAL and ROSALES for overnight detention, ROSALES spontaneously uttered "I accept responsibility for my actions and I did wrong".

_____
Robert J. Arona, DEA Special Agent

Sworn to before me and signed in my presence on December 9, 2015, at Brownsville, Texas.

_____
Ignacio Torteya III
United States Magistrate Judge